UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-386 (RBW) |
| TRICIA LACOUNT | : |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW defendant, Tricia LaCount, through undersigned counsel, Stephen F. Brennwald, and in support of her Unopposed Motion to Continue Sentencing, states as follows:

Defendant is scheduled to be sentenced by this Court this Friday, October 18, 2024. Unfortunately, counsel is still waiting to obtain some medical records that are germane to the sentencing. In addition, he needs more time to discuss a number of important issues with Ms. LaCount. As a result, defendant asks that the sentencing hearing set for Friday, October 18, 2024, be vacated and that a new hearing be set on Thursday, October 24, 2024, at 10:00 a.m.

That date has been cleared with all parties and the Court.

The United States does not oppose this motion.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant prays for the foregoing relief, and for any other relief this Court may deem just and proper.

Respectfully submitted,

/s/

_____
Stephen F. Brennwald
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
sfbrennwald@cs.com

CERTFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 16th day of October, 2024, to all parties of record in this case.

/s/

Stephen F. Brennwald